UNITED STATES DISTRICT COURT **FILED**

EASTERN DISTRICT OF CALIFORNIA  MAR 18 2025



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE FAULKNER,<br><br>Defendant. | Nos. 2:88-CR-00156 KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LAWRENCE FAULKNER;

Case No. 2:88-CR-00156 KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): <u>Time Served as of 3/18/2025; Defendant to be released no later than 9:00 AM on 3/19/2025 to a representative of the Federal Defender's Office.</u>

Issued at Sacramento, California on 3/18/25, at 10:24 am

_____
Kimberly J. Mueller
United States District Judge