UNITED STATES DISTRICT COURT **FILED**
EASTERN DISTRICT OF CALIFORNIA MAR 18 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| UNITED STATES OF AMERICA, | Nos. 2:88-CR-00156 KJM |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| LAWRENCE FAULKNER, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LAWRENCE FAULKNER;

Case No. 2:88-CR-00156 KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): <u>Time Served as of 3/19/2025; Defendant to be released no later than 9:00 AM on 3/19/2025 to a representative of the Federal Defender's Office.</u>

Issued at Sacramento, California on 3/18/25, at 1:18 pm

_____
Kimberly J. Mueller
United States District Judge